IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY McKINNEY,<br><br>   *Plaintiff,*<br><br>  v.<br><br>CHESTER COUNTY, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 20-1756 |

## ORDER

**AND NOW**, this 5th day of February 2021, upon consideration of Defendants' Motion to Dismiss (ECF No. 23), Plaintiff's Response (ECF No. 26) and Defendants' Reply (ECF No. 27), it is hereby **ORDERED** that:

1. Defendants' Motion is **GRANTED** insofar as it seeks to dismiss Chester County Office of the Sheriff and Chester County Office of the Controller, and the case caption shall be **AMENDED** to identify Chester County as the sole Defendant.

2. Defendants' Motion is further **GRANTED** insofar as it seeks to dismiss Plaintiff's FLSA and PMWA claims.  Count I of the Amended Complaint is **DISMISSED without prejudice** and Count II is **DISMISSED with prejudice** for the reasons stated in the Court's Memorandum.

3. Defendants' Motion is **DENIED** as moot insofar as it seeks to strike certain paragraphs of the Amended Complaint as well as a more definite statement; and

4. Plaintiff may file a second amended complaint consistent with this Order and the Court's Memorandum on or before **Monday, February 22, 2021**.

                                                BY THE COURT:

                                             ***/s/ Gerald J. Pappert***
                                            GERALD J. PAPPERT, J.