IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY McKINNEY,<br><br>   *Plaintiff,*<br><br> v.<br><br>CHESTER COUNTY,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 20-1756 |

## ORDER

**AND NOW**, this 19th day of April 2021, upon consideration of Defendant's Motion to Dismiss (ECF 31–32), Plaintiff's Response (ECF 33) and Defendant's Reply (ECF 34), it is **ORDERED** that Defendant's Motion is **DENIED** except with respect to any FLSA claims that accrued before April 2, 2018. The Motion is **GRANTED** as to those claims, and those claims are **DISMISSED with prejudice**.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                GERALD J. PAPPERT, J.