IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY McKINNEY,<br><br>    *Plaintiff,*<br><br>v.<br><br>CHESTER COUNTY,<br><br>    *Defendant.* | CIVIL ACTION<br>NO. 20-1756 |

**PAPPERT, J.**                                                                                                  **May 25, 2022**

## ORDER

**AND NOW**, this 25th day of May 2022, having considered Defendant Chester County's Motion for Summary Judgment (ECF 49), Plaintiff Harry McKinney's Motion for Partial Summary Judgment (ECF 50), the parties' responses (ECF 52, 53) and the record, it is **ORDERED**:

1. Both Motions are **DENIED**.

2. The Clerk of Court shall schedule an Arbitration Hearing.


                                                                        BY THE COURT:


                                                                        ***/s/ Gerald J. Pappert***
                                                                        GERALD J. PAPPERT, J.